FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAY 15  PM 4: 42

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ORECK HOLDINGS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-0318 |
| | ) | |
| v. | ) | |
| | ) | SECTION: "M" |
| EURO-PRO CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | MAGISTRATE: 4 |
| | ) | |

## MOTION FOR PRELIMINARY INJUNCTION

NOW INTO COURT, through its undersigned counsel, comes Oreck Holdings, LLC, plaintiff herein, and, pursuant to Rule 65 of the Federal Rules of Civil Procedure, moves the Court for an order preliminarily enjoining the defendant, Euro-Pro Corporation ("Euro-Pro"), from utilizing images of Oreck's products or Oreck's trademarks in its advertising and from making literally untrue statements concerning Oreck's product or Euro-Pro's "Cordless Sweeper" product, as discussed in Oreck's brief, which is being filed herewith. In support of its motion, Oreck attaches and relies upon the following:

**Exhibit A**: Affidavit of Thomas Oreck.



__Fee____
__Process____
_X_/Dktd____
__CtRmDep____
__Doc. No____

1

**Exhibit B**:  Images from Euro-Pro's website.

**Exhibit C**:  Transcript of Euro-Pro infomercial.

Oreck requests that the court set a time and date for the hearing on its motion for a preliminary injunction.  At such hearing, Oreck would intend to present the testimony of Mr. Oreck, and show certain portions of the infomercial, so as to better explain the nature of this controversy.

Respectfully submitted,

Frederick W. Bradley, (La. Bar. No. 3374)
**ORECK, BRADLEY, CRIGHTON,**
 **ADAMS & CHASE**
1100 Poydras Street, Suite 1440
New Orleans, Louisiana 70163-1440
Telephone:  (504) 525-8001

Attorneys for Plaintiff
ORECK HOLDINGS, LLC

**Certificate of Service**

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 15th day of  May , 2003.

2

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ORECK HOLDINGS, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 03-0318 |
| | ) | |
| v. | ) | |
| | ) | SECTION: "M" |
| EURO-PRO CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | MAGISTRATE: 4 |
| | ) | |

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

## AFFIDAVIT OF THOMAS ORECK

BEFORE ME, NOTARY, personally came and appeared Thomas Oreck, a person of the full age of majority, who, after being duly sworn, did depose and state as follows:

1.  I am employed as the President of Oreck Corporation and have personal knowledge of each of the matters expressed in this affidavit. I am familiar with the allegations that have been made by our counsel in this case against Euro-Pro Corporation. I have reviewed the allegations of the Complaint and present this affidavit for the purpose of describing in greater detail the concerns that my company has regarding certain advertising that has been disseminated nationally by the defendant, Euro-Pro Corporation.

2.  I am aware that Euro-Pro periodically advertises its Shark "Cordless Sweeper" on the HSN channel on television by means of an infomercial. It also advertises and sells its product by means of a website that can be accessed at www.sharksweeper.net. I have

1



EXHIBIT

"A"

reviewed the infomercial and the materials contained in the website.   I make the following observations, which I believe to be true and correct.

3.  Some of the pictures from the website are sent to interested persons who call in to Euro-Pro's toll free number.  Wini Riviere, my secretary, called the Euro-Pro number late last year at my instruction.  She received the documents that are attached to Oreck's motion as Exhibit B.  The pictures contained on the website have been displayed on the website for at least the past few months.

4.  Both the website and the infomercial contain a prominent image of the Shark Cordless Sweeper next to an Oreck vacuum cleaner.  While the "Oreck" name is not on the unit, the vacuum cleaner contains the widely recognized grey Oreck bag with a broad white diagonal stripe.  This image, to many millions of consumers, identifies an Oreck vacuum cleaner.  There is no explanation in the photograph, or on the website, as to why the Oreck product is shown.  The unexplained presence of the Oreck vacuum cleaner in the ad, next to the Euro-Pro product, can be viewed as an endorsement by Oreck of the Euro-Pro product or as a sign of affiliation or source.  Oreck has provided no such endorsement and there is no affiliation between the two companies.   In fact, the two companies compete with one another in both the vacuum cleaner and carpet sweeper markets.

5.  The website contains other misrepresentations and instances of false advertising.  A box beneath the above-referenced photo states:  "The Cordless Sweeper is the most powerful cordless vacuum on the market."  The cordless sweeper is not a vacuum cleaner.  It should not be described as such.

6.  There are other boxes on the website that provide equally confusing messages.  Under the words "Only weighs 3.6lbs," there is a box that states:  "This is no ordinary vacuum.  It weighs less than four pounds.  It's almost lighter than air."  The reference to "no ordinary vacuum" is confusing and deceptive since the Cordless Sweeper is not a vacuum cleaner at all.

7.  The reference to the Sweeper's light weight implies that it is particularly "light" in the world of vacuum cleaners, which is again misleading, since it is not a vacuum cleaner and should not be compared to one.   Sweepers are generally lighter than vacuum cleaners.  The Sweeper is not "light" in the world of carpet sweepers.

8.  Also confusing and deceptive is a box that is disclosed by clicking the feature "Fits Under Low Furniture," which states:  "The sleek design of the Cordless Sweeper allows it to reach places no ordinary vacuum can go."  This is misleading since it again implies that the Cordless Sweeper is a kind of vacuum cleaner, when it is not.

9. Euro-Pro's false advertising is further shown in the "customer remarks" section of the website, which contains the following endorsements:"

- This sweeper is the best vacuum money can buy." Keyonda.
- "This is the most amazing vacuum. It paid for itself because after a week of owning it." Sharyn W.
- "I recently received our vacuum and being an engineer, I have to say what a great design! This vacuum is great. You have done an excellent job." Ed.
- A female speaker, at the end of the infomercial, states: "Some day they're going to build a better vacuum. By golly, they did it."

10. I have reviewed the infomercial prepared by Euro-Pro. It contains the image of an Oreck vacuum cleaner alongside the Euro-Pro Cordless Sweeper, the same image that is used in the website. The infomercial does not explain the presence of the Oreck vacuum cleaner. This would reasonably lead the viewer to think that there is an endorsement or an affiliation or that Oreck may even manufacture the product. There is no such affiliation between the two companies and Oreck does not endorse the Euro-Pro product.

11. In the infomercial, the female hostess is asked to use the Oreck vacuum cleaner to pick up some large metal nuts, something that, by construction and design, upright vacuum cleaners are not intended to do. The test is deceptive. The lady tries to do so, and there is a sharp noise. She states: "Oh, my goodness. That's terrible, Mark. Oh, is it breaking it? Oh. I can't do it anymore. It sounds awful. Look at that. They're coming right out." Mark, who is an owner and officer of Euro-Pro, explains: "That's exactly what I wanted to show you. The metal nuts in this product are just spinning around with the brush roll." The infomercial states in effect that the Oreck product does not properly function as a vacuum cleaner. That is a literally false statement and unfair comparison, since upright vacuum cleaners are not designed to pick up large metal nuts.

12. Moreover, the test was not performed in the same way. The nuts in the path of the Oreck vacuum cleaner are significantly closer together than are the nuts in the Cordless Sweeper demonstration. The Sweeper also appears to be moving at a slower speed, thus resulting in an unfair comparison.

Sworn to and Subscribed
Before Me this 14ᵗʰ day of May, 2003.

3











EXHIBIT

"B"









# Order The Cordless Sweeper Now!

## Click Here To Get A 30-Day Risk-Free Trial



**Shark** — The Leader in High Performance Cleaning     EURO-PRO

| Features | Demo | Feedback | Testimonials | Order |

---

# Order Your Cordless Sweeper Now!

## Risk-Free Order Form

First Name

Last Name

Billing Address

Apt/Suite

City

State/Province

Zip/Postal code

Phone

Email

Number of Sweepers?   1

[ Checkout ]

**Orders Ship In 3 To 4 Weeks**

Customer Service
Shark Cordless Sweeper
P.O. BOX 807
New Hudson, MI 48165

### Order Now And Get
### This **FREE** Static Duster



A $15.00 Value

Cleans Difficult Places Like
Blinds
Ceiling Fans
High Shelving

## Order Risk-Free Today!

## Just 4 Payments
**Of Only** **$19.95**

*Plus $12.95 S
Plus state taxes if applicable

```
 1

 2

 3

                 TRANSCRIPT OF CONTENTS OF THE VHS

 4                    VIDEOTAPE ENTITLED:

 5

 6

 7

 8

                 EURO PRO SHARK CORDLESS SWEEPER

 9

10

11

12

13

14

15

16

17

18

19

20

     TRANSCRIBED BY:

21

22

23

24             M. H. GAUDET, JR., CCR, RPR, RMR

               Certified Court Reporter

25             State of Louisiana
```

**EXHIBIT**

"C"

RE:                          TRANSCRIPT OF VHS INFOMERCIAL                    Transcribed By:
EURO PRO SHARK CORDLESS SWEEPER          March 25, 2003              M. H. GAUDET, JR., CCR, RMR

Page 2

1      NARRATOR 1:
2          The following is a paid
3   advertisement for the Shark cordless sweeper
4   brought to you by Euro Pro.
5          If you're tired of struggling
6   with your heavy vacuum cleaner that feels
7   like it weighs a ton, then hold on.  We're
8   about to change everything.
9          Introducing the amazing Shark
10  cordless sweeper.  Watch what it can do.
11  Powerful can't adequately describe its super
12  pickup ability.  Easy to use doesn't do it
13  justice.  Lightweight is an understatement.
14  Versatile doesn't even come close, because
15  not one of these products can do all the
16  things the Shark cordless sweeper can do.
17  The Shark cordless sweeper does it better,
18  faster, quicker, on more surfaces in less
19  time with less effort for all the ways you
20  live, in your home and outside, everywhere
21  and anywhere.
22     FEMALE SPEAKER 1:
23         The Shark cordless sweeper
24  picked up screws.  It picked up change and
25  money that fell on the floor, broken glass.

Page 3

1      FEMALE SPEAKER 2:
2          There's no cord.  It's light.
3   It's quiet.  It maneuvers everything.  It's
4   great.
5      FEMALE SPEAKER 1:
6          Chips of wood, dust, dog hair.
7      THE NARRATOR:
8          Haven't seen enough?  Try doing
9   this with your expensive eight-pound upright
10  vacuum.  You can't.  But the lightweight
11  Shark cordless sweeper hugs corners and
12  effortlessly maneuver around furniture, and
13  its patented wall-hugging technology with
14  high speed edge brush even sweeps up dirt
15  right next to the wall.  Can't find a plug in
16  the same room?  The battery-powered Shark
17  cordless sweeper is here to the rescue.  Look
18  how it sweeps through this mess like a
19  typhoon, picking up everything in its path.
20  A powerful high speed motor spinning a
21  patented brush roll system propels dirt to
22  its resting place.
23         And to tell you more about the
24  amazing ultra-quiet Shark cordless sweeper
25  and why it's the future of cleaning for the

Page 4

1   way you live, here's your host, Elizabeth
2   Watts.
3      MS. WATTS:
4          That's right.  The Shark
5   cordless sweeper isn't just another vacuum or
6   stick vac.  It's a new kind of floor cleaner
7   specifically designed for the way you live
8   and where you live.
9          And to tell us all about this
10  incredible product, here's Mark Rosen, the
11  President of Euro Pro, the company that has
12  revolutionized the way America cleans up with
13  their incredible Shark home care product.
14  Hi, Mark.
15     MR. ROSEN:
16         Hi, Elizabeth.
17     MS. WATTS:
18         Great to have you here.
19     MR. ROSEN:
20         Great to be here, Elizabeth.
21         You know, for many people out
22  there, their floor or carpet cleaner that
23  they're using is just too cumbersome.
24     MS. WATTS:
25         Yeah.

Page 5

1      MR. ROSEN:
2          Maybe it's too heavy for them.
3   Maybe it doesn't have enough cleaning power.
4      MS. WATTS:
5          Right.
6      MR. ROSEN:
7          Today we're going to use the
8   Shark cordless sweeper on carpets, hard
9   floors, all kinds of surfaces, all kinds of
10  dirt, because the Shark cordless sweeper can
11  take care of any mess.
12     MS. WATTS:
13         Well, Mark, this is really
14  exciting.  I can't wait to hear more about
15  it.
16         But first of all, to help us
17  make our point about just how incredible the
18  Shark cordless sweeper really is, we went to
19  an appliance store a few weeks ago to find
20  people who were shopping for vacuums and
21  sweepers.  Then we gave 20 of them a Shark
22  cordless sweeper to use in their home and at
23  work for two weeks.  Now, throughout the
24  show, we'll hear what these folks have to say
25  about using the Shark cordless sweeper.

601 Poydras Street, Suite 2003          GAUDET, KAISER & PEPPER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6044              Board-Certified Court Reporters          Facsimile: (504) 525-9109

RE:                              TRANSCRIPT OF VHS INFOMERCIAL                    Transcribed By:
EURO PRO SHARK CORDLESS SWEEPER          March 25, 2003          M. H. GAUDET, JR., CCR, RMR

**Page 6**

1    MR. ROSEN:
2        Elizabeth, do you know what's my
3    really favorite part about this product?
4    MS. WATTS:
5        What's that?
6    MR. ROSEN:
7        Come over here.  Let me show
8    you.
9    MS. WATTS:
10       Okay.  Right over here?
11   MR. ROSEN:
12       Elizabeth, you may recognize
13   this vacuum cleaner.  (Indicating)
14   MS. WATTS:
15       Yeah.
16   MR. ROSEN:
17       It weighs about eight pounds.
18   It's known  to be quite lightweight.
19   MS. WATTS:
20       Yeah, I've seen it, but, you
21   know, Mark, if this is a present for me, I
22   think I'd rather have the Shark sweeper.
23   MR. ROSEN:
24       Quite understandable, Elizabeth.
25   MS. WATTS:

**Page 7**

1        Okay.
2    MR. ROSEN:
3        When we developed this product,
4    the first thing that we said to ourselves was
5    we wanted a product that was really lighter
6    than air.
7        (Balloons lift the Shark
8    sweeper.)
9    MS. WATTS:
10       Wow, Mark.
11   MR. ROSEN:
12       And so I wanted to show you
13   really how lightweight this product was.
14   MS. WATTS:
15       It is.  It's lighter than air.
16   It really is.
17   MR. ROSEN:
18       That's the best way to describe
19   this product.
20   MS. WATTS:
21       I cannot wait to see it in
22   action, Mark.  Oh, yeah, you better put those
23   balloons over here or the Shark's going to
24   float away.
25   MR. ROSEN:

**Page 8**

1        Elizabeth, I'll tell you what.
2    Are you thirsty?
3    MS. WATTS:
4        Yeah, I am, actually.
5    MR. ROSEN:
6        Come step over to my kitchen.
7    MS. WATTS:
8        Okay.
9    MR. ROSEN:
10       Okay, Elizabeth, stop right
11   there.
12   MS. WATTS:
13       Okay.
14   MR. ROSEN:
15       Catch this.
16   MS. WATTS:
17       Whoa.  I'm really not that
18   thirsty, Mark.
19   MR. ROSEN:
20       Elizabeth, you know how much
21   that weighs?
22   MS. WATTS:
23       No.
24   MR. ROSEN:
25       About four and a half pounds.

**Page 9**

1    MS. WATTS:
2        Okay.
3    MR. ROSEN:
4        The Shark cordless sweeper?
5    About three and a half pounds.
6    MS. WATTS:
7        You're kidding me?  You're
8    telling me this weighs more than the Shark
9    sweeper?
10   MR. ROSEN:
11       By about a pound.  Can you
12   believe it?
13   MS. WATTS:
14       Wonderful.  That really is a --
15       Let me get us some glasses over
16   here.
17       (Ms. Watts spills pet food.)
18   MS. WATTS:
19       Oh, Mark, I'm so sorry.  Let me
20   get that.
21       Wait a minute.  Wait a minute.
22   I've got a cordless vacuum right over here,
23   and I'll take care of that for you.
24       Okay.  Here we go.
25   MR. ROSEN:

3 (Pages 6 to 9)

RE:                                  TRANSCRIPT OF VHS INFOMERCIAL                    Transcribed By:
EURO PRO SHARK CORDLESS SWEEPER            March 25, 2003                    M. H. GAUDET, JR., CCR, RMR

**Page 10**

1        I don't know, Elizabeth.  I
2 don't think it's going to be able to do the
3 job.
4        Let me help you out over here,
5 Elizabeth.
6    MS. WATTS:
7        Okay.
8    MR. ROSEN:
9        I've got the Shark cordless
10 sweeper here.
11   MS. WATTS:
12       Okay.
13   MR. ROSEN:
14       You press down over here, and
15 then you press on the button for power.
16   MS. WATTS:
17       That's easy.
18   MR. ROSEN:
19       And you just go straight at the
20 the dirt like this.
21   MS. WATTS:
22       Look at that, Mark.
23   MR. ROSEN:
24       Every last piece can be picked
25 up, no problem.

**Page 11**

1        I got ready for this
2 demonstration by preparing an entire week's
3 worth of real life messes.
4    MS. WATTS:
5        Oh.
6    MR. ROSEN:
7        Let's try this out with a stick
8 broom that I have over here.
9    MS. WATTS:
10       Okay.
11   MR. ROSEN:
12       This is a corded unit, and I'm
13 just going to turn it on and see what we can
14 do.
15   MS. WATTS:
16       All right.
17       Yeah, but, Mark, no machine on
18 the market that I know of could pick up whole
19 crackers.  Come on.
20   MR. ROSEN:
21       Until now.
22   MS. WATTS:
23       Really?
24   MR. ROSEN:
25       Well, let's see over here.  I've

**Page 12**

1 got actually even more of a mess set up.
2    MS. WATTS:
3        Yeah.
4    MR. ROSEN:
5        First let's try some pasta.
6 Again, I'm going to tap this down, turn it
7 on.
8    MS. WATTS:
9        Okay.  Again I'm amazed.  Wow.
10 Every piece.
11   MR. ROSEN:
12       Now, here are the crackers we
13 were just talking about.
14   MS. WATTS:
15       Okay, Mark.  Whoops.
16   MR. ROSEN:
17       No problem.
18   MS. WATTS:
19       I cannot believe that.
20 That's -- That's incredible.
21   MR. ROSEN:
22       Every single tiny little piece
23 gobbled up.
24       Now here's some cereal that
25 might have spilled.

**Page 13**

1    MS. WATTS:
2        Yeah.  This happens in my house
3 all the time.  Look at that.  It just gets
4 every little piece.  Wow, Mark, incredible.
5    MR. ROSEN:
6        Elizabeth, why don't you give it
7 a try now.
8    MS. WATTS:
9        Oh, yeah, I'd love to.
10       Okay.  Here we go.  All right.
11 Mark.
12   MR. ROSEN:
13       Isn't that easy?
14   MS. WATTS:
15       You know what?  If I hadn't been
16 doing this myself, I would never have
17 believed it was so easy.  It's incredible.
18   MR. ROSEN:
19       Isn't it?:
20       You know, I have a two-year-old
21 toddler.
22   MS. WATTS:
23       Yes.
24   MR. ROSEN:
25       And, boy, whenever she eats in

4 (Pages 10 to 13)

RE:                                TRANSCRIPT OF VHS INFOMERCIAL              Transcribed By:
EURO PRO SHARK CORDLESS SWEEPER        March 25, 2003                M. H. GAUDET, JR., CCR, RMR

Page 14

1   our kitchen, she just throws the food all
2   over the place.
3       MS. WATTS:
4           Oh, yeah.
5       MR. ROSEN:
6           We have to pick up each piece
7   because, you know, there's no way to pick it
8   up with other type of vacuum cleaners.
9       MS. WATTS:
10          Right.
11      MR. ROSEN:
12          Well, now there's an answer.
13  Now there's a solution.
14      MS. WATTS:
15          You're telling me you're going
16  to pick up wet food with the Shark cordless
17  sweeper?
18      MR. ROSEN:
19          Not only wet food, but baloney
20  sandwiches, corn, lettuce, string beans.
21      MS. WATTS:
22          That's incredible.
23      MR. ROSEN:
24          Look at this guy.  He just ate
25  up everything.  And only 3.6 pounds.

Page 15

1       MS. WATTS:
2           Incredible.  But, you know, I
3   noticed you forgot a few pieces of corn under
4   the cabinet there.  I guess you're going to
5   have to pick those up by hand; huh?
6       MR. ROSEN:
7           Actually not, Elizabeth.
8       MS. WATTS:
9           No?
10      MR. ROSEN:
11          The Shark cordless sweeper
12  features patented wall-hugging technology.
13      MS. WATTS:
14          This I have to see.
15      MR. ROSEN:
16          I just put it underneath here.
17      MS. WATTS:
18          Okay.
19      MR. ROSEN:
20          Line it up against the wall, and
21  watch this cleaning action.
22      MS. WATTS:
23          It just shoots it right around
24  in front.  Wow.
25      MR. ROSEN:

Page 16

1           Do you believe that, Elizabeth?
2   Every piece picked up in seconds.
3       MS. WATTS:
4           I've never seen any other
5   product on the market be able to do that,
6   Mark.
7       MR. ROSEN:
8           There just isn't anything else
9   like it.
10      FEMALE SPEAKER 1:
11          It's got that little brush that
12  spins around on the left, and you can go
13  along the baseboards, and it sweeps it up.
14      FEMALE SPEAKER 3:
15          All of a sudden I saw something
16  shooting out and then it would -- picked it
17  right up.
18      MR. ROSEN:
19          But let me show you something
20  else that's very interesting.
21      MS. WATTS:
22          Okay.
23      MR. ROSEN:
24          This is how you empty the Shark
25  cordless sweeper.  But look at what we

Page 17

1   trapped inside there.
2       MS. WATTS:
3           Wow.
4       MR. ROSEN:
5           You know what?  It's not even
6   mashed-up dirt.  It's still in full pieces,
7   so the know the cordless sweeper was really
8   working and not making a mess.
9       MS. WATTS:
10          So you just empty it right into
11  the garbage.
12      MR. ROSEN:
13          You just empty it right into the
14  garbage.  You just snap it back in, and
15  you're ready to go.
16      MS. WATTS:
17          Mark, I love it.
18      FEMALE SPEAKER 3:
19          I don't get to use it at home.
20  My 11-year-old son is in charge of it.  He
21  won't let anybody use it.  He uses it all the
22  time.
23      FEMALE SPEAKER 4:
24          It has all the features of a
25  carpet sweeper as well as a powerful vacuum

5 (Pages 14 to 17)

Page 18

1  cleaner. That is what is so neat.
2      MALE SPEAKER 1:
3          It's convenient. It's powerful.
4      FEMALE SPEAKER 5:
5          I don't have a vacuum cleaner
6  any more. I have the Shark sweeper.
7      MR. ROSEN:
8          This product has a really low
9  profile because of the patented motor design.
10  So we can get underneath anything that has a
11  very minor clearance. You see this? Look
12  how low I can go.
13      MS. WATTS:
14          Look at that. I can imagine
15  this under my bed.
16      MR. ROSEN:
17          No problem at all.
18          Now, look at some other products
19  that you see on the market.
20      MS. WATTS:
21          Okay.
22      MR. ROSEN:
23          They are a big problem, because
24  they just don't have the clearance to get
25  underneath there. Look at this.

Page 19

1      MS. WATTS:
2          Oh. Stopped.
3      MR. ROSEN:
4          It stopped.
5          How about this one over here?
6  Look at this. This is a corded product.
7      MS. WATTS:
8          Okay. Looks pretty low.
9      MR. ROSEN:
10          And it still has a problem.
11          Well, actually, it's not.
12      MS. WATTS:
13          Oh, it's not.
14      MR. ROSEN:
15          It still can't get underneath.
16      MS. WATTS:
17          It looks like the Shark is the
18  only one that can go anywhere and pick up
19  everything.
20      MR. ROSEN:
21          Let me show you just what it's
22  all about.
23      MS. WATTS:
24          Okay.
25      MR. ROSEN:

Page 20

1          I'm going to take this cordless
2  sweeper and show you -- First of all, look at
3  this.
4      MS. WATTS:
5          Oh, my goodness.
6      MR. ROSEN:
7          Now, don't do this at home,
8  folks. But this shows you --
9      MS. WATTS:
10          Wow.
11      MR. ROSEN:
12          -- the patented brush roll
13  system has got a lot of power to it. You
14  can't stop it with your hand. You see this?
15  This is our patented wall-hugging technology.
16      MS. WATTS:
17          Oh.
18      MR. ROSEN:
19          Those bristles are actually
20  powered. Look at this. You see?
21      MS. WATTS:
22          That's incredible.
23      MR. ROSEN:
24          These --
25      MS. WATTS:

Page 21

1          No wonder you were able to pick
2  up the corn up a minute ago.
3      MR. ROSEN:
4          Exactly, Elizabeth. Until now
5  they called edge cleaning really something
6  else.
7          Let me show you a competing
8  vacuum cleaner --
9      MS. WATTS:
10          Okay.
11      MR. ROSEN:
12          -- that has so-called edge
13  cleaning.
14      MS. WATTS:
15          Yeah. I've heard of edge
16  cleaning before.
17      MR. ROSEN:
18          Well, when they say edge
19  cleaning, they don't mean power cleaning.
20  They mean some kind of brush that's just
21  sitting there on the edge.
22      MS. WATTS:
23          You're kidding. That's it?
24      MR. ROSEN:
25          That's it. That's not going to

RE:                                    TRANSCRIPT OF VHS INFOMERCIAL                          Transcribed By:
EURO PRO SHARK CORDLESS SWEEPER          March 25, 2003                    M. H. GAUDET, JR., CCR, RMR

Page 22

```
 1   be able to bring things over the way that
 2   can.
 3        MS. WATTS:
 4            No way.
 5        MR. ROSEN:
 6            You know, Elizabeth, the Shark
 7   cordless sweeper is, of course,
 8   battery-powered.  You can clean your entire
 9   home with this, because the battery lasts for
10   about 35 minutes of cleaning time.
11            To prove the point, what we did
12   was before the show started, we started up
13   one of the cordless sweepers running, and we
14   wanted to see what would happen if we used it
15   at the end of the show.
16        MS. WATTS:
17            You're going to use it at the
18   end after it's being running the whole time?
19        MR. ROSEN:
20            At the end of the show you're
21   going to see the power it still has.
22        MS. WATTS:
23            I've got to see that.  That's
24   for sure.
25            If you're tired of lugging
```

Page 23

```
 1   around your old vacuum cleaner and maybe
 2   you're tired of having to clean things over
 3   and over again because your floor cleaner
 4   just doesn't work the first time, then pick
 5   up your phone and order the Shark cordless
 6   sweeper now.
 7        NARRATOR 2:
 8            Big heavy vacuums breaking your
 9   back and making cleaning impossible?  Not any
10   more.  Here's the Shark cordless sweeper by
11   Euro Pro, the amazing lightweight cordless
12   sweeper of the future.  Watch what it can do.
13   It picks up dirt on carpet, pet hair, cereal
14   on tile, pasta, confetti, even cooked food.
15   And get this:  Unlike vacuums, there's no
16   suction to clog up.  The secret?  A powerful
17   high speed motor spinning a patented brush
18   roll system uses centrifugal force to propel
19   dirt to its resting place.  And its patented
20   wall-hugging technology grabs dirt right
21   against the wall.  But it doesn't just do
22   easy jobs.  It picks up hardware on concrete,
23   nails, wood chips, sand, gravel, leaves, even
24   broken glass.  It likes everything.  Its
25   articulating swivel-action handle makes it
```

Page 24

```
 1   incredibly easy to maneuver with just a turn
 2   of the wrist.  It's like driving a
 3   performance race car.  And at only 3.6
 4   pounds, the Shark cordless sweeper feels
 5   lighter than air.  Amazing.  In fact, it's
 6   light enough for kids and seniors to use.
 7   And it's so quiet, you can even use it while
 8   you're on the phone.  Its low profile design
 9   sweeps under the lowest furniture in your
10   house.  It converts easily to a powerful
11   hand-held sweeper for cleaning stairs or the
12   back of your car.  There are no dirty bags to
13   change or dust-spewing canisters to contend
14   with.  Simply empty the large capacity dust
15   tray, and you're ready to go again.
16            The Shark cordless sweeper comes
17   with everything you need to make cleaning
18   simple.
19            You get the lightweight low
20   profile sweeper with patented brush roll
21   system, high performance motor, and
22   wall-hugging technology, this large capacity
23   dirt tray, a convenient charger and built-in
24   high capacity battery that can sweep your
25   entire house on one charge.
```

Page 25

```
 1            If you bought all of these
 2   products, you still wouldn't have the power,
 3   portability, and versatility of the Shark
 4   cordless sweeper.  But the Shark cordless
 5   sweeper won't cost you $120, $100, or even
 6   $90.  Call now, and the Shark cordless
 7   sweeper is yours for four payments of only
 8   19.95.
 9            Be one of the first 500 callers,
10   and we'll include this handy electrostatic
11   duster, a $15 value, free.  It attaches to
12   the sweeper's handle, and it's perfect for
13   hard to reach blinds, ceiling fans, even
14   ceilings.  That's right.  If you're one of
15   the first 500 callers, you get both the Shark
16   cordless sweeper and the electrostatic duster
17   attachment for four payments of only 19.95.
18            Try it for 30 days.  If you're
19   not completely satisfied, if you don't think
20   that this is the greatest cordless product
21   you've ever tried, return it for a refund.
22            Call now and bring the Shark
23   Cordless Power Sweeper of the future into
24   your home today.
25        NARRATOR 1:
```

7 (Pages 22 to 25)

601 Poydras Street, Suite 2003          GAUDET, KAISER & PEPPER, L.L.C.              Telephone:  (504) 525-9100
New Orleans, LA 70130-6044               Board-Certified Court Reporters             Facsimile:  (504) 525-9109

Page 26

1      To order the Shark cordless
2  sweeper, call 1-800-997-3553.  That's
3  1-800-997-3553.  If you call now, you'll
4  receive the Shark cordless sweeper and the
5  electrostatic duster for only four payments
6  of 19.95.
7      So call 1-800-997-3553.
8      MR. ROSEN:
9      The Shark cordless sweeper is a
10 real problem-solver.  You see, normally if
11 you drop things like coins on the floor or on
12 the carpet, you just have to pick them up
13 yourself --
14     MS. WATTS:
15     Right.
16     MR. ROSEN:
17     -- before you run your vacuum
18 cleaner over it.
19     Let me show you what you can do
20 with the cordless sweeper.  And while I'm
21 doing that, why don't you try to pick up the
22 ones on the other side to make my point.
23     MS. WATTS:
24     Oh, right.  Okay.  Ready?
25     Oh, my goodness.  Oh, my --

Page 27

1      MR. ROSEN:
2      Let me step over here --
3      MS. WATTS:
4      Okay.
5      MR. ROSEN:
6      -- and take care of those as
7  well.
8      MS. WATTS:
9      That's really impressive.
10     MR. ROSEN:
11     You see, with the huge
12 capacity --
13     MS. WATTS:
14     Yeah.
15     MR. ROSEN:
16     -- I can steer it around and get
17 every single little coin.
18     MS. WATTS:
19     You're right.  It is a
20 problem-solver.
21     MR. ROSEN:
22     Now, also another problem that
23 you have in the home very often --
24     MS. WATTS:
25     Uh-huh.

Page 28

1      MR. ROSEN:
2      -- is pet hair getting into your
3  carpet.  I can move the pet hair from this
4  carpet.
5      MS. WATTS:
6      You're sure it can do that?
7      MR. ROSEN:
8      Absolutely.  Look at this.
9      MS. WATTS:
10     Okay.
11     MR. ROSEN:
12     This is real pet hair rubbed
13 deep into the carpet.
14     MS. WATTS:
15     Yeah.
16     MR. ROSEN:
17     I just go after it like this,
18 give it a little bit of agitation --
19     MS. WATTS:
20     Look at that.
21     MR. ROSEN:
22     You see that?
23     MS. WATTS:
24     That's incredible.  That's going
25 to be great at my house, I'll tell you what.

Page 29

1      MR. ROSEN:
2      And look at this.
3      MS. WATTS:
4      Amazing.
5      MR. ROSEN:
6      This is a really thick,
7  thick-looking carpet.
8      MS. WATTS:
9      It is.  It is.
10     MR. ROSEN:
11     Look at how the pet hair wasn't
12 stuck on the brush roll.
13     MS. WATTS:
14     It's not.
15     MR. ROSEN:
16     And look at this.  It's all
17 inside the dust container.
18     MS. WATTS:
19     All inside.
20     MALE SPEAKER 3:
21     Here at Pet Safari we've got a
22 full-line pet store with pet grooming, and
23 we've been using the Shark cordless sweeper
24 for about a week now, and everybody here has
25 used it.  Everybody loves it.  My dog groomer

601 Poydras Street, Suite 2003              GAUDET, KAISER & PEPPER, L.L.C.          Telephone:  (504) 525-9100
New Orleans, LA 70130-6044                 Board-Certified Court Reporters           Facsimile:  (504) 525-9109

RE:
EURO PRO SHARK CORDLESS SWEEPER

TRANSCRIPT OF VHS INFOMERCIAL
March 25, 2003

Transcribed By:
M. H. GAUDET, JR., CCR, RMR

Page 30

1  uses it to clean up the loose hair around the
2  floor, on the tile and on the carpet.  We use
3  it out on the store floor to clean up bird
4  seed, any mess that comes in the customers
5  track in, and it's been working great.
6      MS. WATTS:
7          Oh, goodness.  Looked what I
8  tracked in here.
9          Now, will it work on the outside
10  dirt in here on the carpet?
11      MR. ROSEN:
12          Not a problem, Elizabeth.
13      MS. WATTS:
14          Really?  All right.
15      MR. ROSEN:
16          Check this out.
17      MS. WATTS:
18          Whoa.  You know, it's so quiet
19  too, Mark.
20      MR. ROSEN:
21          Elizabeth, you know where the
22  the Shark cordless sweeper really proves
23  itself?
24      MS. WATTS:
25          Where?

Page 31

1      MR. ROSEN:
2          Family celebration time.
3      MS. WATTS:
4          Ah, yes.
5      MR. ROSEN:
6          Especially around a table that
7  has a carpet underneath.  Check this out.
8      MS. WATTS:
9          Yeah.
10          You're going to pick up all of
11  these messes and you're not even going to
12  move the chairs?
13      MR. ROSEN:
14          I'm not going to move a single
15  piece of furniture --
16      MS. WATTS:
17          Wow.
18      MR. ROSEN:
19          -- and I'm going to get
20  everything off that floor.  Check this out.
21      MS. WATTS:
22          You know, Mark, it really is
23  lightweight and maneuverable.  I can see how
24  easy it is to use.
25      MR. ROSEN:

Page 32

1          Taco salad, whether it's lettuce
2  or cheese --
3      MS. WATTS:
4          Whoa.
5      MR. ROSEN:
6          -- some cereal that might be
7  spilled.
8      MS. WATTS:
9          Mark, it looks like you're
10  driving that.
11      MR. ROSEN:
12          Elizabeth, it is so
13  maneuverable, it's like a precision
14  instrument.
15          Look at this trail mix.
16      MS. WATTS:
17          Wow.  Look at that.
18      MR. ROSEN:
19          Can you believe that?
20          Look at this, Elizabeth.  Even a
21  baloney sandwich just won't clog the cordless
22  sweeper.  Look at it go.  It's hungry.
23      MS. WATTS:
24          And it's gone.
25      MR. ROSEN:

Page 33

1          Not a problem.
2      FEMALE SPEAKER 2:
3          I would definitely recommend it
4  to anyone that has children.  It's just a lot
5  easier to get around the house.  It's real
6  quick.
7      FEMALE SPEAKER 5:
8          And there's no cord.
9      FEMALE SPEAKER 6:
10          It's lightweight.  You can push
11  it around.  You can go around corners.  You
12  can go under the lowest piece of furniture.
13  It's wonderful.
14      MR. ROSEN:
15          The Shark cordless sweeper
16  doesn't use bags, doesn't use filters --
17      MS. WATTS:
18          Right.
19      MR. ROSEN:
20          -- and has no dirty air to come
21  out of those filters.
22      MS. WATTS:
23          That's right.
24      MR. ROSEN:
25          And it's a snap to empty and

9 (Pages 30 to 33)

601 Poydras Street, Suite 2003
New Orleans, LA 70130-6044

GAUDET, KAISER & PEPPER, L.L.C.
Board-Certified Court Reporters

Telephone:  (504) 525-9100
Facsimile:  (504) 525-9109

RE:                                   TRANSCRIPT OF VHS INFOMERCIAL            Transcribed By:
EURO PRO.SHARK CORDLESS SWEEPER          March 25, 2003              M. H. GAUDET, JR., CCR, RMR

Page 34

1   clean.
2           Check this out.
3       MS. WATTS:
4           Look at all that stuff.
5       MR. ROSEN:
6           As a matter of fact, I'm just
7   going to throw this all on the floor.
8       MS. WATTS:
9           Oh, my gosh.  Mark, that's a
10  huge mess.
11      MR. ROSEN:
12          Let's see what it can do.
13      MS. WATTS:
14          Okay.  I love that there's no
15  cord to get in your way.
16      MR. ROSEN:
17          No cord, and all the power you
18  need to clean a huge mess, even like this.
19      MS. WATTS:
20          And don't forget; that edge
21  cleaning is really going to work for you on
22  the edges.
23      MR. ROSEN:
24          You have that wall-hugging
25  technology, and it takes care of everything

Page 35

1   that is close to the wall, and you don't have
2   to worry that you're going to need to bend
3   down and get those smaller pieces that
4   usually are just impossible with any other
5   vacuum cleaner.
6       MS. WATTS:
7           And it's so great that you can
8   do food; you can do dry stuff.  It doesn't
9   really matter.  It picks it up.  It's great,
10  Mark.
11      MR. ROSEN:
12          Unbelievable.
13      MS. WATTS:
14          The Safety Harbor Resort & Spa
15  in Safety Harbor, Florida is a world-class
16  luxury destination for guests from around the
17  world.  So they're very picky when it comes
18  to cleaning.  Belinda Amaral is the spa's
19  Executive Housekeeper.  Let's hear what she
20  thought about the Shark cordless sweeper.
21      MS. AMARAL:
22          We did use the Shark, and we've
23  utilized it in all areas of the hotel and
24  have had a tremendous response from all the
25  employees that have had an opportunity to use

Page 36

1   it.  The maveuverability of the Shark was
2   phenomenal.  We were able to use it in small
3   spaces.  It gets underneath the chairs in our
4   lobby area.  They were able to clean
5   underneath tables and chairs while we still
6   had, you know, guests in our cafe, and we're
7   very impressed with it.  That was the big
8   thing, was just the lack of noise.  The Shark
9   took the place of, you know, commercial
10  vacuums.
11      MS. WATTS:
12          The Shark cordless sweeper is
13  not only lightweight, but it easily converts
14  into a hand-held cleaner.
15      MS. WATTS:
16          Wow.
17      MR. ROSEN:
18          Check that out.
19      MS. WATTS:
20          Mark, that's really handy,
21  because you know what my worst cleaning
22  problem is?  My carpeted stairs.  If I drag
23  out a big vacuum, the cord's always in the
24  way.  It's always falling over, and I can
25  never get into that crack right between the

Page 37

1   stairs.
2       MR. ROSEN:
3           Elizabeth, I know exactly what
4   you're talking about, and I have something
5   ready to show you right now.
6       MS. WATTS:
7           Great.
8       MR. ROSEN:
9           Right over here I have some dirt
10  set up, but notice how I've placed the dirt
11  all the way to the edge in order to
12  demonstrate --
13      MS. WATTS:
14          Impossible.
15      MR. ROSEN:
16          -- the wall-hugging technology.
17  Look at this.
18      MS. WATTS:
19          Wow.  You know, that is the
20  toughest place to get, right in the corner.
21  Maybe I should call it stair-hugging
22  technology.  Look at that.  It gets right in
23  there.
24      MS. WATTS:
25          That's great.  It works great on

601 Poydras Street, Suite 2003          GAUDET, KAISER & PEPPER, L.L.C.       Telephone: (504) 525-9100
New Orleans, LA 70130-6044              Board-Certified Court Reporters        Facsimile: (504) 525-9109

Page 38

1   stairs.
2        MALE SPEAKER 4:
3            We are constantly creating
4   sawdust because it's a small woodworking
5   business, so we make a constant mess
6   throughout the whole process.  The cordless
7   sweeper swept up our biggest chunks of
8   sawdust that we even make in here, which was
9   very surprising.  It's a tough little
10  sweeper.  I recommend it for anybody.
11       MR. ROSEN:
12           Elizabeth, we use the Shark
13  cordless sweeper all around the home, even
14  outside on the patio.  The Shark cordless
15  sweeper is really the first cordless product
16  that really does what it promises to do.
17           Now, let's put it to the test in
18  the garage.
19       MS. WATTS:
20           Okay.
21       MR. ROSEN:
22           Are you planning to do kitty
23  litter with it?  Now, that's one of the
24  toughest things out there, Mark.
25       MR. ROSEN:

Page 39

1            No problem whatsoever.
2            How about some wood chips over
3   here?
4            Now, Elizabeth, here I have
5   something that's usually a real problem --
6   broken glass.
7        MS. WATTS:
8            Yeah.  That could be very
9   dangerous.
10       MR. ROSEN:
11           Even some screws, it just eats
12  it right up.
13       MS. WATTS:
14           None of that metal's going to
15  hurt it either; is it?
16       MR. ROSEN:
17           Nothing stops the Shark cordless
18  sweeper.
19       MS. WATTS:
20           You know, Mark, it truly makes
21  cleaning all around your house, inside and
22  out, absolutely easy, fast -- even fun.
23           If you're ready to bring this
24  incredible Shark cordless sweeper into your
25  home, then pick up your phone and order the

Page 40

1   Shark cordless sweeper right now.
2        NARRATOR 1:
3            Stay tuned to see if the Shark
4   cordless sweeper has the power to keep on
5   going.
6        NARRATOR 2:
7            Big heavy vacuums breaking your
8   back and making cleaning impossible?  Not any
9   more.  Here's the Shark cordless sweeper by
10  Euro Pro, the amazing lightweight cordless
11  sweeper of the future.  Watch what it can do.
12  It picks up dirt on carpet, pet hair, cereal
13  on tile, pasta, confetti, even cooked food.
14  And get this:  Unlike vacuums, there's no
15  suction to clog up.  The secret?  A powerful
16  high speed motor spinning a patented brush
17  roll system uses centrifugal force to propel
18  dirt to its resting place.  And its patented
19  wall-hugging technology grabs dirt right
20  against the wall.  But it doesn't just do
21  easy jobs.  It picks up hardware on concrete,
22  nails, wood chips, sand, gravel, leaves --
23  even broken glass.  It likes everything.  Its
24  articulating swivel-action handle makes it
25  incredibly easy to maneuver with just a turn

Page 41

1   of the wrist.  It's like driving a
2   performance race car.  And at only 3.6
3   pounds, the Shark cordless sweeper feels
4   lighter than air.  Amazing.  In fact, it's
5   light enough for kids and seniors to use.
6   And it's so quiet, you can even use it while
7   you're on the phone.  Its low profile design
8   sweeps under the lowest furniture in your
9   house.  It converts easily to a powerful
10  hand-held sweeper for cleaning stairs or the
11  back of your car.  There are no dirty bags to
12  change or dust-spewing canisters to contend
13  with.  Simply empty the large capacity dust
14  tray, and you're ready to go again.
15           The Shark cordless sweeper comes
16  with everything you need to make cleaning
17  simple.
18           You get the lightweight low
19  profile sweeper with patented brush roll
20  system, high performance motor, and
21  wall-hugging technology, this large capacity
22  dirt tray, a convenient charger and built-in
23  high capacity battery that can sweep your
24  entire house on one charge.
25           If you bought all of these

11 (Pages 38 to 41)

RE:                           TRANSCRIPT OF VHS INFOMERCIAL                    Transcribed By:
EURO PRO SHARK CORDLESS SWEEPER          March 25, 2003              M. H. GAUDET, JR., CCR, RMR

---

Page 42

1  products, you still wouldn't have the power,
2  portability, and versatility of the Shark
3  cordless sweeper. But the Shark cordless
4  sweeper won't cost you $120, $100, or even
5  $90. Call now, and the Shark cordless
6  sweeper is yours for four payments of only
7  19.95.
8          Be one of the first 500 callers,
9  and we'll include this handy electrostatic
10  duster, a $15 value, free. It attaches to
11  the sweeper's handle, and it's perfect for
12  hard to reach blinds, ceiling fans, even
13  ceilings. That's right. If you're one of
14  the first 500 callers, you get both the Shark
15  cordless sweeper and the electrostatic duster
16  attachment for four payments of only 19.95.
17          Try it for 30 days. If you're
18  not completely satisfied, if you don't think
19  that this is the greatest cordless product
20  you've ever tried, return it for a refund.
21          Call now and bring the Shark
22  Cordless Power Sweeper of the future into
23  your home today.
24          NARRATOR 1:
25          To order the Shark cordless

---

Page 43

1  sweeper, call 1-800-997-3553. That's
2  1-800-997-3553. If you call now, you'll
3  receive the Shark cordless sweeper and the
4  electrostatic duster for only four payments
5  of 19.95.
6          So call 1-800-997-3553.
7          MS. WATTS:
8          Boy, Mark, you sure have a lot
9  of stuff laid out here, but I can't believe
10  you're not worried about scratching this
11  beautiful wood floor.
12          MR. ROSEN:
13          No problem for the Shark
14  cordless sweeper. Let's start off with some
15  rice that normally gets spread out by other
16  vacuum cleaners.
17          MS. WATTS:
18          Whoa.
19          MR. ROSEN:
20          Look at this.
21          MS. WATTS:
22          One, two, three --
23          MS. WATTS:
24          It's getting it right away.
25          MR. ROSEN:

---

Page 44

1  -- and everything is removed.
2  Incredible; isn't it?
3          MS. WATTS:
4          Now you can go straight to the
5  floor.
6          MR. ROSEN:
7          Straight to the floor. Look at
8  that.
9          MS. WATTS:
10          Oh, that's a great job there.
11          MR. ROSEN:
12          Isn't that incredible?
13          How about over here, some dirt
14  on a white carpet.
15          MS. WATTS:
16          You're kidding me. You're going
17  to get that up?
18          MR. ROSEN:
19          All you do is give it a little
20  bit of a chance to get deep down there inside
21  the carpet, and it gets everything out.
22          Isn't that incredible?
23          MS. WATTS:
24          It really is, Mark.
25          MR. ROSEN:

---

Page 45

1          Check this out: Needles on a
2  hardwood floor.
3          MS. WATTS:
4          Oh.
5          MR. ROSEN:
6          Who would expect it to be able
7  to sweep these up?
8          MS. WATTS:
9          Done.
10          MS. WATTS:
11          Check out this fine white powder
12  on the burgundy plush carpet.
13          MS. WATTS:
14          Mark, this I would not have
15  believed if I wasn't standing right here
16  seeing this.
17          MR. ROSEN:
18          And check this out. You can
19  even groom the carpet.
20          MS. WATTS:
21          Carpet lines.
22          MR. ROSEN:
23          Over here we've got some
24  candies. Again, no problem for the Shark
25  cordless sweeper.

---

601 Poydras Street, Suite 2003                GAUDET, KAISER & PEPPER, L.L.C.          Telephone: (504) 525-9100
New Orleans, LA 70130-6044                      Board-Certified Court Reporters          Facsimile: (504) 525-9109

**Page 46**

1   MS. WATTS:
2       Mark, the Shark cordless sweeper
3   is red-hot.
4       FEMALE SPEAKER 3:
5       Working in a preschool with many
6   little children, we have lots of things that
7   we have to clean up from snack time to lunch
8   time. We have all sorts of food on the
9   floor, crackers and just stuff that they play
10  with, the dirt and the sand that comes in
11  from out on the playground. I've had an
12  opportunity to use the Shark cordless sweeper
13  to clean up a few different of those things,
14  and it works on everything. There's no cord,
15  so you don't have to worry about plugging it
16  in and getting caught up in the cord,
17  especially when we're vacuuming here, we have
18  little ones to watch out for. So you kind of
19  can just go anywhere with it. It's awesome.
20  It really is.
21      MR. ROSEN:
22      I have a vacuum cleaner set up
23  with some large metal nuts. Let's see what
24  happens.
25      MS. WATTS:

**Page 47**

1       Okay.
2       Oh, my goodness. That's
3   terrible, Mark. Oh. Is it breaking it?
4       Oh. Oh. I can't it do any
5   more. It sounds awful.
6       Look at that. They're coming
7   right out.
8       MR. ROSEN:
9       That's exactly what I wanted to
10  show you.
11      MS. WATTS:
12      Oh.
13      MR. ROSEN:
14      The metal nuts in this product
15  are just spinning around with the brush roll.
16      MS. WATTS:
17      Yeah.
18      MR. ROSEN:
19      They're never getting into the
20  bag itself.
21      Let me show you what the
22  cordless sweeper can do.
23      MS. WATTS:
24      Oh, okay.
25      Oh, you know what? Wait a

**Page 48**

1   second.
2       Let's bring in the one that's
3   been running the entire show and see if it
4   can do it. You want to?
5       MR. ROSEN:
6       No problem, Elizabeth.
7       MS. WATTS:
8       Okay. Let's switch it out.
9   Thank you. All right. There you go.
10      MR. ROSEN:
11      I'm sure the Shark is up to the
12  challenge.
13      MS. WATTS:
14      Listen to that. It's still
15  running great.
16      MR. ROSEN:
17      Even after running for such a
18  long period of time, I'm sure it has the
19  power to get the job done.
20      MS. WATTS:
21      Whoa.
22      MR. ROSEN:
23      Look at this.
24      MS. WATTS:
25      This is incredible. And look at

**Page 49**

1   how easy it is to maneuver that. And I can
2   see them going right into the area back
3   there. Wow.
4       MR. ROSEN:
5       How many metal nuts do you think
6   we got here, Elizabeth? Have you been
7   counting them?
8       MS. WATTS:
9       I haven't. It's too many to
10  count.
11      MR. ROSEN:
12      Oh, my goodness. Look at that.
13      MS. WATTS:
14      Incredible.
15      MR. ROSEN:
16      Can you believe that? I've got
17  to look inside.
18      MS. WATTS:
19      Yeah, let's look and see.
20      MR. ROSEN:
21      Wow, Elizabeth. Look at all
22  these metal nuts.
23      MS. WATTS:
24      Incredible.
25      MR. ROSEN:

**13 (Pages 46 to 49)**

**Page 50**

1    Clearly, it can sweep up more
2  than its own weight.
3    MS. WATTS:
4      Mark, I've truly never seen
5  anything like this before. The amazing
6  Shark cordless sweeper picked up everything
7  quickly. It's light, powerful, fast,
8  versatile. It maneuvers around and under
9  furniture that you had to move before.
10     Start making your life easier.
11 Pick up the phone and order your Shark
12 cordless sweeper now.
13   NARRATOR 2:
14     Here's the Shark cordless
15 sweeper by Euro Pro. Watch what it can do.
16     It picks up dirt on carpet, pet
17 hair, cereal on tile, pasta, confetti, even
18 cooked food. The secret? A powerful high
19 speed motor spinning a patented brush roll
20 system uses centrifugal force to propel dirt
21 to its resting place. And its patented
22 wall-hugging technology grabs dirt right
23 against the wall. It picks up hardware on
24 concrete, wood chips, leaves, even broken
25 glass. Amazing. Its articulating

**Page 51**

1  swivel-action handle makes it incredibly easy
2  to maneuver with just a turn of the wrist.
3  It's like driving a performance race car.
4  And at only 3.6 pounds, the Shark cordless
5  sweeper feels lighter than air. In fact,
6  it's light enough for kids and seniors to
7  use. Its low profile design sweeps under the
8  lowest furniture in your house. It converts
9  easily to a powerful hand-held sweeper for
10 cleaning stairs. There are no dirty bags to
11 change or dust-spewing canisters to contend
12 with.
13     The Shark cordless sweeper comes
14 with everything you need to make cleaning
15 simple.
16     You get the lightweight low
17 profile sweeper, this large capacity dirt
18 tray, a convenient charger and built-in high
19 capacity battery that can sweep your entire
20 house on one charge.
21     But the Shark cordless sweeper
22 won't cost you $120, $100, or even $90. Call
23 now, and the Shark cordless sweeper is yours
24 for four payments of only 19.95. Be one of
25 the first 500 callers, and we'll include this

**Page 52**

1  handy electrostatic duster, a $15 value,
2  free. That's right. If you're one of the
3  first 500 callers, you get both the Shark
4  cordless sweeper and the electrostatic duster
5  attachment for four payments of only 19.95.
6      Try it for 30 days. If you
7  don't think that this is the greatest
8  cordless product you've ever tried, return it
9  for a refund.
10   NARRATOR 2:
11     To order the Shark cordless
12 sweeper, call 1-800-997-3553. That's
13 1-800-997-3553. If you call now, you'll
14 receive the Shark cordless sweeper and the
15 electrostatic duster for only four payments
16 of 19.95. So call 1-800-997-3553.
17   FEMALE SPEAKER 1:
18     Now I can -- I'm not embarrassed
19 to have people come in and my floors are
20 clean. I wish it did walls.
21   MALE SPEAKER 1:
22     The Shark cordless sweeper is
23 incredible.
24   FEMALE SPEAKER 3:
25     I really do love the Shark.

**Page 53**

1    FEMALE SPEAKER 5:
2      I love it.
3    FEMALE SPEAKER 1:
4      The Shark cordless sweeper makes
5  me excited, honest to God.
6    FEMALE SPEAKER 6:
7      Some day they're going to build
8  a better vacuum.
9      By golly, they did it.
10   NARRATOR 1:
11     The preceding was a paid
12 advertisement for the Shark cordless sweeper,
13 brought to you by Euro Pro.
14     This has been a production of
15 Send Tech.
16     (Whereupon the videotape ended
17 at this time.)
18     *   *   *   *   *

Page 54

```
 1
 2
 3          REPORTER'S CERTIFICATE
 4
 5
 6
 7
 8
 9          I, M. H. GAUDET, JR., CP, CCR, RPR,
10   CM, Certified Court Reporter, State of
11   Louisiana, do hereby certify that the
12   contents of the videotape presented to me
13   were transcribed by me, under my personal
14   direction and supervision, and the foregoing
15   transcript is true and correct, to the best
16   of my ability and understanding.
17
18
19
20
21
22
23   _____
     M. H. GAUDET, JR., CP, CCR, RPR, CM
     Certified Court Reporter
24   State of Louisiana
25
```

601 Poydras Street, Suite 2003          GAUDET, KAISER & PEPPER, L.L.C.          Telephone:  (504) 525-9100
New Orleans. LA 70130-6044              Board-Certified Court Reporters            Facsimile:  (504) 525-9109

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ORECK HOLDINGS, L.L.C.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO. 03-0318** |
| | ) | |
| **v.** | ) | |
| | ) | **SECTION: "M"** |
| **EURO-PRO CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | **MAGISTRATE: 4** |
| | ) | |

## O R D E R

Considering the foregoing Motion for Preliminary Injunction filed by the plaintiff, Oreck Holdings, LLC;

IT IS ORDERED that a hearing in this matter be scheduled for _____ a.m. on the _____ day of _____, 2003.

New Orleans, Louisiana this _____ day of May, 2003.

_____
J U D G E

3

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ORECK HOLDINGS, L.L.C.,** | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO. 03-0318** |
| | ) | |
| v. | ) | |
| | ) | **SECTION: "M"** |
| **EURO-PRO CORPORATION,** | ) | |
| | ) | |
| Defendant. | ) | **MAGISTRATE: 4** |
| | ) | |

## MEMORANDUM IN SUPPORT OF
## <u>MOTION FOR PRELIMINARY INJUNCTION</u>

<u>Introduction</u>

In this action, Oreck Holdings LLC ("Oreck") seeks an injunction preventing the defendant, Euro-Pro Corporation ("Euro-Pro"), from continuing to use certain advertising materials that constitute "false advertising," "trademark infringement," and "unfair trade practices" within the meaning of Section 43 of the Lanham Act. 15 U.S.C. § 1125(a). In support of its motion, Oreck has filed the Affidavit of Thomas Oreck, which outlines the basic facts that give rise to this controversy. Oreck has also requested a hearing before this Court, at which it will present evidence further developing the facts relating to the legal claims asserted herein.

1

**Factual Background**

The basic facts are as follows.  Euro-Pro and Oreck compete with one another in the floor care business.  They both manufacture and sell vacuum cleaners and carpet sweepers.  While both products are used by consumers to clean floor and carpet surfaces, they operate in a different manner to produce somewhat different results.  Generally speaking, a vacuum cleaner is used to suction dirt or dust from a carpet surface into the housing of the vacuum cleaner.  The captured material is drawn through a tube and then falls into a collection bag.  For obvious reasons, heavy or wet objects are not easily suctioned off of a floor.  A carpet sweeper operates on an entirely different principle.  It uses a rotating brush to literally "sweep" objects on a floor surface into a collection tray.  No suction or vacuuming is involved.

A few months ago, Euro-Pro came out with its Shark "Cordless Sweeper."  This product has been advertised extensively on a Euro-Pro website and its features have been touted nationally on several occasions via a thirty-minute infomercial on the HSN television channel.  The transcript of the video infomercial is attached to Oreck's motion as Exhibit A[1].  The images from the website, found at www.sharksweeper.net., are attached to Oreck's motion as Exhibit B.  The Euro-Pro product is widely advertised on numerous other websites.

When Oreck first viewed the infomercial on the Cordless Sweeper, it was surprised to see that one of its vacuum cleaners was prominently displayed alongside the Euro-Pro product.  Thomas Oreck, the President of Oreck Corporation, stated in his affidavit:

---

[1] Because of its bulk, the VCR recording of the infomercial is not attached to the motion.  It will be provided to the court and opposing counsel under separate cover and portions of it will be shown at the hearing.

> Both the website and the infomercial contain a prominent image of the Shark Cordless Sweeper next to an Oreck vacuum cleaner. While the "Oreck" name is not on the unit, the vacuum cleaner contains the widely recognized grey Oreck bag with a broad white diagonal stripe. This image, to many thousands of consumers, identifies an Oreck vacuum cleaner. There is no explanation in the photograph, or on the website, as to why the Oreck product is shown. The unexplained presence of the Oreck vacuum cleaner in the ad, next to the Euro-Pro product, can be viewed as an endorsement by Oreck of the Euro-Pro product or as a sign of affiliation or source. Oreck has provided no such endorsement and there is no affiliation between the two companies. In fact, the two companies compete with one another.

Oreck Aff. at ¶ 4. The Euro-Pro infomercial does not explain the presence of the Oreck vacuum cleaner alongside the Cordless Sweeper so viewers are left to guess why it is there. One reasonable inference is that Oreck either endorses or makes the Cordless Sweeper, which is literally untrue and which constitutes a false designation of origin.

The unexplained presence of the Oreck product throughout the Euro-Pro ad is in violation of the Lanham Act. 15 U.S.C. § 1125(a)(1) provides:

> Any person who, on or in connection with any goods or services...uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading of fact, which – (A) is likely to cause confusion, or to cause a mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person...shall be liable in a civil action by any person who believes that he or she is likely to be damaged by such act.

While Euro-Pro blocked out the "Oreck" name on the vacuum cleaner, the grey bag with the diagonal stripe is widely recognized as an Oreck trademark and, in fact, is registered as such in the United States Patent & Trademark Office. In effect, Euro-Pro is using an image of an Oreck product to sell one of its own products, a practice that is prohibited under the Lanham Act.

Numerous cases have held that it is impermissible to utilize the trademark or photograph of a competitor's product to sell one's own goods. *Truck Equipment Service Co. v. Fruehauf Corp.*, 536 F.2d 1210, 1216 (8th Cir. 1976); *Grupke v. Linda Lori Sportswear, Inc.*, 921 F.Supp. 987 (E.D.N.Y. 1996); *Bose Corp. v. Linear Design Labs, Inc.*, 340 F.Supp. 513 (S.D.N.Y. 1971) *affirmed* 467 F.2d 304 (2d Cir. 1972); *American Optical Co. v. Rayex Corp.*, 266 F.Supp. 342, 344 (S.D.N.Y. 1966), *affirmed* 394 F.2d 155 (2d Cir. 1967); 4 J. Thomas McCarthy, *McCarthy on Trademarks and Unfair Competition* § 27.74 (4th ed. 2003). In *Bose*, the court stated: "The most explicit examples of 'palming off' are the placing of the trademark or trade name of another on one's goods, using the product of another as a model for the sale of one's goods, or utilizing a photograph of another's product to sell one's goods." 340 F. Supp. at 518. In *Sublime Products, Inc. v. Gerber Products, Inc.*, 579 F.Supp. 248, 250 (S.D.N.Y. 1984), the court held that the defendant's conduct in using the plaintiff's product and a photo of that product to solicit sales of a different product constituted false advertising under Section 43(a). The court enjoined all advertising using photos of the plaintiff's product. *See also Upjohn Co. v. Riahom Corp.*, 641 F. Supp. 1209, 1222 (D. Del. 1986)(unfair competition exists because the defendant unfairly seeks to trade on the plaintiff's reputation and goodwill by representing plaintiff's product as his own or by creating the false impression that some association exists between the two products or their sources).

Another reasonable inference to be drawn from the image, equally unfair and damaging to Oreck, is that there is something wrong with the Oreck vacuum cleaner. The Cordless Sweeper, which is not a vacuum cleaner, is described as being "lighter than air" and is shown being lifted

by balloons.  Immediately below it is an Oreck vacuum cleaner.  While there is nothing to indicate why it is in the picture, the clear implication is that the Oreck product is somehow "heavy."  This message is particularly damaging and unfair to Oreck, which widely and correctly advertises its vacuum cleaners as being lightweight.  In fact, they *are* lightweight in the world of upright vacuum cleaners.  A sweeper such as Euro-Pro's product is necessarily lighter.  Euro-Pro's advertising is unfair and deceptive since it presents an improper comparison between its product and Oreck's product.

In the infomercial, the hostess is asked to use the Oreck vacuum cleaner to pick up some large metal nuts, something that upright vacuum cleaners are not capable of doing as a result of their construction and design.  The lady tries to do so, and there is a sharp noise.  She expresses concern that the Oreck vacuum cleaner is about to break:  "Oh, my goodness.  That's terrible, Mark.  Oh, is it breaking it?  Oh.  I can't do it anymore.  It sounds awful.  Look at that.  They're coming right out."  Tr. Infomercial at 47.  Mark, who is actually Mark Rosenzweig, an owner and officer of Euro-Pro, explains:  "That's exactly what I wanted to show you.  The metal nuts in this product are just spinning around with the brush roll."  *Id.*  The infomercial depicts the Oreck vacuum cleaner attempting and failing to do something that it was not intended to do.  Indeed, no upright vacuum cleaner is intended to perform such a task.  Oreck Aff. at ¶ 12.  The video intentionally conveys the damaging and disparaging message that the Oreck product cannot properly function as a vacuum cleaner since it cannot pick up large metal nuts.  This message is intentionally misleading, deceptive, and unfair.  By way of comparison, the Cordless Sweeper is shown to perform this task.  It can do so, however, since it operates on an entirely different principle.  It merely brushes or sweeps materials from floor surfaces into a tray on the bottom of

5

the housing of the Sweeper.  It is not vacuuming them up a tube into a bag.  *Id*.  This "apples to oranges" comparison is intended to disparage, and has the effect of unfairly disparaging, the Oreck product.  Section 43(a) explicitly makes actionable false or misleading statements about one's own products as well as the products of another.  *Gillette Co. v. Norelco Consumer Products Co.*, 946 F. Supp. 115, 128 (D. Mass. 1996).

When a competitor uses the image of his competitor's product in an ad, he has a duty to be truthful in his depiction of that product.  In *S.C. Johnson & Son, Inc. v. Clorox Company*, 241 F.3d 232 (2d Cir. 2001), the defendant, Clorox, depicted the plaintiff's "Slide-Loc" resealable storage bag in an upside down state, with water and a fish inside it.  The bag was shown to leak and the animated fish expressed concern over its condition.  In fact, the image was inconsistent with the truth, which was that only a small portion of Slide-Loc bags would leak under such circumstances.  Clorox had significantly exaggerated the alleged deficiency in the plaintiff's product.  An injunction was affirmed on appeal.  The court held that defendant had misrepresented an "inherent quality or characteristic" of the plaintiff's product.  The depiction was literally false.  "The commercial falsely depicts the risk of leakage for the vast majority of Slide-Loc bags tested."  *Id.* at 239.  The court concluded that "if Clorox wants to portray water leakage from Slide-Loc bags, it must portray the rate of leakage accurately and indicate that only a certain percentage of bags leak, even when subjected to an extreme water 'torture' test."  *Id.* at 241.  The rule to be derived from this case, as well as others, is that if a party wants to portray the product of a competitor, he must do so fairly and accurately.  "The purpose of the Act is to insure truthfulness in advertising and to eliminate misrepresentations with reference to the inherent

6

quality or characteristic of another's product." *Coca Cola Co. v. Tropicana Products, Inc.*, 690 F.2d 312, 318 (2d Cir. 1982). That rule has been dishonored by Euro-Pro in this case.

The Lanham Act prohibits commercial advertising or promotion that misrepresents the nature, characteristics, qualities, or geographic origin of the advertiser's or another person's goods, services, or commercial activities.[2] In *Rhone-Poulenc Rorer Pharmacy Pharmaceuticals, Inc. v. Marion Merrell Dow, Inc.*, 93 F.3d 511, 514 (8th Cir. 1996), the court noted that a defendant's ad will be found to falsely represent a competitor's product when it implies that their two products "may be indiscriminately substituted, in effect, a representation that [the competitor's product] 'has certain qualities that it in fact does not actually have.'" The Euro-Pro ads, for the reasons set forth in the affidavit of Mr. Thomas Oreck, and for reasons to be described at the hearing of this matter, suggest repeatedly that sweepers and vacuums perform the same tasks and that they may be "indiscriminately substituted" for one another. These statements are untrue and misrepresent the nature and characteristics of Oreck's product.

In *Valu Engineering, Inc. v. Nolu Plastics, Inc.*, 732 F. Supp. 1024, 1026 (N.D. Calif. 1990), the defendant, Nolu, obtained a preliminary injunction against the plaintiff under the following circumstances. Plaintiff had instructed its salespeople to tell customers that Nolu's products were made of inferior materials and that they could not withstand certain temperatures. Plaintiff also distributed distorted samples of Nolu's products, showing that they became warped when exposed to high temperatures. But Nolu never contended that its products could withstand such temperatures and the plaintiff was aware of that fact. The court granted Nolu's request for

---

[2] *See* 15 U.S.C. § 1125(a)(1)(B) (liability for misrepresenting the "nature, characteristics, qualities, or geographic origin of his or her or another person's goods, services or commercial activities").

an injunction on the ground that the plaintiff had represented unfairly that Nolu's products were not effective under the conditions in question (high temperatures). Since the Nolu products were not intended to be exposed to such high temperatures, the plaintiff's ads, asserting that Nolu's products were "ineffective," were misleading. The court stated: "This representation would tend to deceive a consumer in that the distortion of Nolu's product occurred under conditions in which it is not intended for use." The same rationale applies to Euro-Pro's demonstration of the Oreck product.

**Misrepresentations Concerning the Cordless Sweeper**

As noted in the affidavit of Mr. Oreck, the Euro-Pro website contains numerous other misrepresentations and instances of false advertising. A box beneath an image of the Cordless Sweeper contains the following message: "The Cordless Sweeper is the most powerful cordless vacuum on the market." The Cordless Sweeper is *not* a vacuum cleaner and it is blatantly incorrect to say that it is, or to compare it unfairly to vacuum cleaners. Oreck Aff. at ¶ 5. A female speaker on the infomercial states: "It has all the features of a carpet sweeper as well as a powerful vacuum cleaner. That is what is so neat." Tr. Infomercial at 17-18. Euro-Pro's repeated references to itself as a vacuum cleaner, and its comparison of itself to vacuum cleaners, are confusing, misleading, and untrue.[3]

There are other boxes on the website that provide equally confusing messages. Under the words "Only weighs 3.6lbs," there is a box that states: "This is no ordinary vacuum. It weighs

---

[3] Another female speaker states: "There's no cord, so you don't have to worry about plugging it in and getting caught up in the cord, *especially when we are vacuuming here*. We have little ones [children] to watch out for." Tr. Infomercial at 46.

less than four pounds.  It's almost lighter than air."  The reference to "no ordinary vacuum" is confusing and deceptive, since the implication from Euro-Pro is that the Cordless Sweeper, no *ordinary* vacuum, is somehow a better-than-average vacuum cleaner.  As stated above, that statement is literally untrue and it is purposefully deceptive.  The Cordless Sweeper is not a vacuum cleaner at all and it should not be making such references in its advertisements.  *See* Oreck Aff. at ¶ 6.

Also confusing and deceptive in the infomercial is a box that is disclosed by clicking the feature "Fits Under Low Furniture," which states:  "The sleek design of the Cordless Sweeper allows it to reach places no *ordinary* vacuum can go."  The reference to "ordinary" is misleading since it again implies that the Cordless Sweeper is some kind of vacuum cleaner, when it is not. Oreck Aff. at ¶8.  There would be no problem, of course, if the Cordless Sweeper stated simply that it was lighter than most vacuum cleaners or that it could go places that most vacuum cleaners could not go (assuming that those statements were true).  The problem is with the implication that it is somehow a better vacuum cleaner because of its maneuverability and lightweight status.  It may be maneuverable, and it may be lightweight, but it is not a vacuum cleaner and it is false advertising to state or imply that it is.

Euro-Pro's deliberately false advertising on its status as a "vacuum cleaner" is further shown in the "customer remarks" section of the website, which contains the following endorsements:

- This sweeper is the best vacuum money can buy."  Keyonda.
- "This is the most amazing vacuum.  It paid for itself after a week of owning it." Sharyn W.
- "I recently received our vacuum and being an engineer, I have to say what a great design!  This vacuum is great.  You have done an excellent job."  Ed.

9

- A female speaker, at the end of the infomercial, states: "Some day they're going to build a better vacuum. By golly, they did it." (Tr. Infomercial at 53).

Oreck Aff. at ¶ 9. These statements, endorsed by Euro-Pro and prominently placed in its national advertising, evidence the fact that Euro-Pro has confused its own customers as to the true nature of the Cordless Sweeper product. By publishing the endorsements, Euro-Pro has shown that it wants to confuse others by means of these testimonials.

**Oreck's Burden in this Motion for Preliminary Injunction**

The plaintiff in a false advertising case must demonstrate that "an advertisement is either literally false or that the advertisement, though literally true, is likely to mislead and confuse consumers. ... Where the advertising claim is shown to be literally false, the court may enjoin the use of the claim 'without reference to the advertisement's impact on the buying public.'" *McNeil-PCC, Inc. v. Bristol-Meyers Squib Company*, 938 F.2d 1544, 1549 (2nd Cir. 1991); *Pizza Hut, Inc. v. Papa John's International, Inc.*, 227 F.3d 489, 497 (5th Cir. 2000). Oreck submits that each of the images or messages described in this brief is literally false, when taken in its proper context. The law "imposes a responsibility on a competitor engaged in comparative advertising or statements to get the facts right." *Capital Services of New York, Inc. v. E-Poxy Industries, Inc.*, 196 F.R.D. 11 (N.D.N.Y. 2000). Euro-Pro has not done that with respect to the advertisements that are at issue here.

While Euro-Pro may attempt to minimize the effects of its misstatements, it is virtually impossible to appreciate the full negative impact of its wrongful conduct. By making false statements about its own products and by falsely denigrating the Oreck product, Euro-Pro has caused irreparable injury to Oreck. It has been recognized that in cases involving false

advertising, "the campaigns [may] have a short life span, but the resulting damage can be grave." *Abbott Laboratories v. Watson Pharmaceuticals, Inc.*, 2001 U.S. Dist. LEXIS 10289 (N.D. Ill. 2001). The problem in this case is that literally millions of people are being exposed to Euro-Pro's ads. Setting aside the literal untruths that are being asserted concerning the Euro-Product sweeper, the Oreck vacuum cleaner is being denigrated for reasons that have nothing to do with its intended function. The Oreck vacuum cleaner is not intended to be lifted by balloons. It is not intended to pick up steel nuts. The expression of concern that the Oreck vacuum cannot do so constitutes an unfair disparagement of the product. It is impossible to quantify the negative impact that Euro-Pro's campaign may have on the name and reputation of Oreck. People may be buying the Cordless Sweeper because of their belief that it is endorsed by or manufactured by Oreck. People may not be buying Oreck products, because they have been told that they are too heavy, or that they do not properly function as vacuum cleaners since they do not pick steel nuts off of the floor.[4]

As the cases cited above show, Oreck's name and trademarks should not be used to sell the products of a competitor. Oreck has the right to enjoin such conduct under the express terms of the Lanham Act. While Euro-Pro has the right to make truthful comparisons between its products and the products of others, it does not have the right to make misleading and unfair comparisons. *See McNeilab, Inc. v. American Home Products Corp.*, 848 F.2d 34, 38 (2nd Cir.

---

[4] "It is virtually impossible to prove that so much of one's sales will be lost or that one's goodwill will be damaged as a result of a competitor's advertisement. Too many market variables enter into the advertising-sales equation." *Coca Cola Co. v. Tropicana Product, Inc.*, 690 F.2d 312, 316 (2d Cir. 1982). That is why courts are willing to infer irreparable injury where there is proof of false advertising. *Id.* at 317.

1988) (misleading comparisons can "diminish the [competing product's] value in the minds of consumer[s]").

A party seeking a preliminary injunction must show that it is likely to suffer possible irreparable harm if the requested relief is not granted. *Coca Cola Co. v. Tropicana Products, Inc.*, 690 F.2d 312, 314 (2d Cir. 1982). It must also demonstrate either (1) a likelihood of success on the merits of its case or (2) sufficiently serious questions going to the merits to make them a fair ground for litigation and a balance of hardships tipping decidedly in its favor. *Id.* at 314-15.

"When injunctive relief is sought under the Lanham Act, the finding of a tendency to deceive satisfies the requisite showing of irreparable harm." *United Industries Corp. v. Clorox Company*, 140 F.3d 1175, 1179, 1183 (8th Cir. 1998); *Alternative Pioneering Systems, Inc. v. Direct Innovative Products, Inc.*, 822 F. Supp. 1437, 1444 (D. Minn. 1993) ("Irreparable harm is presumed for purposes of a preliminary injunction motion on a false advertising claim once the moving party establishes a likelihood that the disputed [advertisements] are false.")

## Conclusion

Euro-Pro has misrepresented the characteristics and qualities of its own product by stating repeatedly that it is a vacuum cleaner. It has published images of its product alongside an Oreck vacuum cleaner, which, in light of its suggested affiliation with or sponsorship by Oreck, constitutes a "false designation of origin" as to its product. It has also misrepresented the characteristics and qualities of Oreck's products in a disparaging manner. These activities, all proscribed under the Lanham Act, are likely to deceive consumers and they are likely to harm Oreck's business reputation and goodwill. Under the circumstances, and in light of the relative

ease with which Euro-Pro can make the necessary corrections to its advertisements, a preliminary injunction should issue.

Respectfully submitted,

Frederick W. Bradley, (La. Bar. No. 3374)
**ORECK, BRADLEY, CRIGHTON,**
  **ADAMS & CHASE**
1100 Poydras Street, Suite 1440
New Orleans, Louisiana 70163-1440
Telephone:  (504) 525-8001

Attorneys for Plaintiff
ORECK HOLDINGS, LLC

## Certificate of Service

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 15th day of May, 2003.

13

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**ORECK HOLDINGS, L.L.C.,**
*a Delaware limited liability company,*          )
                                                  )
                                                  )   **CIVIL ACTION NO.  03-318**
          **Plaintiff,**                          )
                                                  )
          **v.**                                  )   **SECTION:  M**
                                                  )
**EURO-PRO CORPORATION,**                         )
                                                  )   **MAGISTRATE : 4**
          **Defendant.**                          )
                                                  )
                                                  )
                                                  )
                                                  )

---

## NOTICE OF HEARING ON
## MOTION FOR PRELIMINARY INJUNCTION

---

To:   Euro-Pro Corporation
       Through its counsel:
       Thomas K. Potter, Esq.
       Jones, Walker, Waechter, Poitevent,
          Carrere & Denegre, LLP
       201 St. Charles Avenue, 49th Floor
       New Orleans, Louisiana 70170-5100

1

**NOTICE** is hereby given that the foregoing Motion for Preliminary Injunction will be heard on the 11 <u>th</u> day of June , 2003 at 9:30 o'clock a.m., or as soon thereafter as counsel may be heard, in Section M, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Dated: May 15, 2003.

Respectfully submitted,

_____

Frederick W. Bradley, (La. Bar. No. 3374)
**ORECK, BRADLEY, CRIGHTON,**
  **ADAMS & CHASE**
1100 Poydras Street, Suite 1440
New Orleans, Louisiana 70163-1440
Telephone: (504) 525-8001

Attorneys for Plaintiff
ORECK HOLDINGS, LLC

### Certificate of Service

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 15th day of May, 2003.

_____

2