

MINUTE ENTRY
LEMELLE, J.
September 17, 2003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ORECK HOLDINGS, L.L.C., * CIVIL ACTION
a Delaware Limited Liability Company

VERSUS * NO. 03-0318

EURO-PRO CORPORATION * SECTION "B"
a Canadian Corporation

Before the Court is Plaintiff's application for a preliminary injunction (Rec. Doc. No. 8). **IT IS ORDERED** that Plaintiff's application for a preliminary injunction is granted for oral reasons given at the hearing today and after the evidentiary hearing last Wednesday, September 10, 2003. Defendant Euro-Pro Corporation is enjoined preliminarily from advertising its product as a vacuum or vacuum cleaner. Defendant is also enjoined from advertising Oreck's product as incapable by design or



charicteristics to pickup metal objects such as nuts and bolts from the surface being cleaned. Plaintiff has insufficient available remedies for alleged acts. The alleged injury at issue presents, in this instance, a substantial threat of irreparable injury.

Plaintiff' shall post a $50,000.00 bond immediately.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE